The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY ALEXANDER and BRIANNA BROOKS, | Case No. 2:22-cv-00093-JCC |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SGT. CHRIS BREAULT et. al., | |
| Defendants. | |

PLEASE TAKE NOTICE that the parties in the above-referenced action have reached a settlement of all claims. The parties will be filing a dismissal as soon as the settlement is finalized.

DATED this 26th day of January, 2023

CIVIL RIGHTS JUSTICE CENTER, PLLC

*/s/ Darryl Parker*
DARRYL PARKER, WSBA No. 30770
2150 N 107th St, Ste 520
Seattle, WA 98133

NOTICE OF SETTLEMENT - 1
No. 2:22-cv-00093-JCC

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 | Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF SETTLEMENT and this CERTIFICATE OF SERVICE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

DATED this 26th day of January, 2023.

*/s/ Adeline Ellison*
**Adeline Ellison**, Legal Assistant

NOTICE OF SETTLEMENT - 2
No. 2:22-cv-00093-JCC

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 | Fax: (206) 659-0183